■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES McCOY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Farlo, J.), rendered February 19, 1985, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The issues raised were not preserved for appellate review and under the circumstances, review in the exercise of our interest of justice jurisdiction is not warranted. Balletta, J. P., Miller, O'Brien and Ritter, JJ., concur.